People v Rouse (2025 NY Slip Op 07156)

People v Rouse

2025 NY Slip Op 07156

Decided on December 23, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 23, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., CURRAN, OGDEN, NOWAK, AND KEANE, JJ.

863 KA 22-01812

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
AAMONI ROUSE, DEFENDANT-APPELLANT.

SARAH S. HOLT, CONFLICT DEFENDER, ROCHESTER (STEPHANIE M. STARE OF COUNSEL), FOR DEFENDANT-APPELLANT. 
SANDRA DOORLEY, DISTRICT ATTORNEY, ROCHESTER (BRIDGET L. FIELD OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Monroe County Court (Julie M. Hahn, J.), rendered September 23, 2022. The judgment convicted defendant, upon his plea of guilty, of attempted criminal possession of a weapon in the second degree. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Memorandum: Defendant appeals from a judgment convicting him, upon his plea of guilty, of attempted criminal possession of a weapon in the second degree (Penal Law §§ 110.00, 265.03 [3]). We affirm.
By pleading guilty, defendant forfeited his present challenge to evidentiary rulings at the suppression hearing (see People v Poole, 55 AD3d 1354, 1354-1355 [4th Dept 2008], lv denied 11 NY3d 929 [2009]; see also People v Hansen, 95 NY2d 227, 230-231 [2000]). Contrary to defendant's further contention, his waiver of the right to appeal was knowing, voluntary, and intelligent (see People v Brinson, 240 AD3d 1376, 1377 [4th Dept 2025]; see generally People v Thomas, 34 NY3d 545, 559-564 [2019], cert denied — US &mdash, 140 S Ct 2634 [2020]). Defendant's valid waiver of the right to appeal precludes our review of his contention that he was denied his statutory right to a speedy trial (see People v Kelly, 231 AD3d 1515, 1516 [4th Dept 2024], lv denied 43 NY3d 931 [2025]).
Entered: December 23, 2025
Ann Dillon Flynn
Clerk of the Court